# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No: 09-61089** |
| **LAKE CUMBERLAND MARINE, LLC.,** ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |

## ORDER GRANTING MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY AS TO CDF AND BAC

This matter having come before the Court on August 7, 2009 on the Motion for Relief from Automatic Stay (the "Motion") filed by GE Commercial Distribution Finance Corporation ("CDF") and Brunswick Acceptance Company, LLC ("BAC") [Doc. No. 49] and after reviewing the objections of the Debtor and First and Farmers National Bank ("F&F"), and overruling same, or the same being withdrawn, and after hearing argument of counsel;

It appearing to this Court that CDF and BAC are secured creditors of the Debtor and

It further appearing that CDF has a security interest in certain personal property of the Debtor, including, but not limited to, the inventory listed on *Exhibit 1* attached hereto (the "CDF Collateral"); and

It further appearing that BAC has a security interest in certain personal property of the Debtor, including, but not limited to, the inventory listed on *Exhibit 2* attached hereto (the "BAC Collateral"); and

It further appearing that upon good cause shown that the Motion should be granted:

IT IS THEREFORE, ORDERED that:

1. The Motion is hereby **GRANTED**;

CHD-519091-2

2. The automatic stay provision of 11 U.S.C. Section 362 are hereby terminated with respect to CDF and the CDF Collateral, limited to the specific items as set forth on *Exhibit 1* or as otherwise specifically set forth herein, permitting CDF to exercise any and all of its state law and contractual rights and remedies with respect to the CDF Collateral and the proceeds thereof; additionally, it is agreed to as follows:

   a. CDF shall call Letters of Credit, estimated to be $250,000, and the Debtor shall reasonably assist with CDF's efforts to obtain such funds;

   b. CDF asserts, and the Debtor agrees, that CDF has a first priority blanket lien ("Blanket Lien") on all other of Debtor's assets not assigned to other floorplans and perfected with a purchase-money security interest. Under this Blanket Lien, CDF has identified the following assets ("CDF Assigned Assets") which they have agreed to take as settlement in full of all obligations of the Debtor to CDF, and the CDF Assigned Assets shall be transferred to CDF, and CDF allowed to pick up the CDF Assigned Assets, as part of a plan to pay off the obligations of the Debtor to CDF and under CDF's Blanket Lien:

|   | **Make /Model** | **VIN** | **Title Holder** | **Estimated Value Given Against Floor plan** |
|---|---|---|---|---|
| 1 | 2001 Fountain 47 Lightning | FGQ47399J001 | GE | $278,000 |
| 2 | 2006 Searay 380 Sundancer | SERF0816H506 | GE | $194,000 |
| 3 | Original condition 1967 Pontiac GTO (Pontiac 400 Engine) | 242177P174295 | LCM | $25,000 |
| 4 | 2008 Cargo Craft Prostreet Motorcycle | 1C9RCV6065U891294 | LCM | $30,000 |
| 5 | 2004 Cigarette 38 TOP GUN | CRTUST14H304 | | $170,000 |
| 6 | 2005 38 foot, Fountain Sport Fisher | FGQ8L026I405 | | $137,000 |
| 7 | Fountain Executioner | FG035X53F102 | | $80,000 |
| 8 | 2005 Hustler Slingshot | GLE38563A405 | | $106,000 |
|   |   |   | **Total** | **$1,020,000** |

2

      c.      CDF shall be entitled to, and the Debtor shall tender, funds as relate and/or may be traceable to certain pre-petition sales of CDF and/or BAC Collateral, the proceeds of which were received by the Debtor post-petition, and the Debtor shall assign all rebates to CDF and/or BAC as relate thereto.

3.      The automatic stay provisions of 11 U.S.C. Section 362 are hereby terminated with respect to BAC and the BAC Collateral, limited to the specific items as set forth on ***Exhibit 2*** or as otherwise specifically set forth herein*,* permitting BAC to exercise any and all of its state law and contractual rights and remedies with respect to the BAC Collateral and the proceeds thereof;

4.      Until such time as CDF and BAC shall take possession of its respective collateral, or until such time as the parties have agreed otherwise, the Debtor shall keep the collateral safe and insured and shall turn over the same to CDF and/or BAC and/or its respective agents or representatives;

5.      The Debtor shall, within five (5) days from the date of the entry of this Order or at the time that CDF and/or BAC set forth herein, take possession of the collateral, turnover to CDF and/or BAC any and all manufacturers statements of origin and/or titles as may pertain to any of the inventory specifically set forth on ***Exhibits 1 and 2***;

6.      Nothing herein is intended to be construed or interpreted as being a waiver of any other creditor's rights or interests in and to any other property of the Debtor, including, but not limited to, any right, title or interest any creditor may have in any of the inventory of the Debtor (new or used) not otherwise specifically addressed in this Order;

CHD-519091-2

7. CDF and BAC shall hereby waive any and all past, present and future claims against the Debtor and shall accept the CDF and BAC Collateral, as limited to the items specifically set forth in Exhibits 1 and 2 and the CDF Assigned Assets, as and in full satisfaction of all claims against the Debtor. The Debtor shall hereby waive any and all past, present or future claims against CDF and/or BAC. The provisions of this paragraph shall be memorialized by the parties by separate written agreement within ten (10) days from the date of the entry of this order.

8. Upon entry of this Order, the Debtor shall remit all proceeds as relate to post-petition sales of CDF and/or BAC Collateral, and assign all rebates as related thereto.

9. Upon completion of the terms specified herein, CDF and BAC shall withdraw its pending Motion to Convert Case to Chapter 7, Or In the Alternative, For the Appointment of a Chapter 11 Trustee or Court-Appointed Examiner [Doc. No. 52].

10. The provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are hereby waived.

TENDERED BY:

HUSCH BLACKWELL SANDERS LLP

By: */s/ C. Ballard Scearce, Jr.*
C. Ballard Scearce, Jr.
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone: (423) 266-5500
Facsimile: (423) 266-5499
E-mail: Ballard.Scearce@HuschBlackwell.com

STOLL KEENON OGDEN

By:  */s/ Gregory D. Pavey*
Gregory D. Pavey, Esquire
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
(859)231-3911 - telephone
(859)253-1093 – facsimile
Gregory.pavey@skofirm.com

*Counsel for GE Commercial Distribution Finance Corporation*
*And Brunswick Acceptance Company, LLC*


FOWLER, MEASLE & BELL, PLLC

By:  */s/ Taft A. McKinstry*
300 West Vine Street, Suite 600
Lexington, KY 40507-1660
(859)252-6700 - telephone
(859)255-3735 - facsimile
TMckinstry@Fowlerlaw.com

*Counsel for Debtor, Lake Cumberland Marine, LLC*
(under pending application)

5

CHD-519091-2

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Joseph M. Scott*
**Bankruptcy Judge**
**Dated: Friday, August 07, 2009**
**(jms)**

   Pursuant to local rule 9022-1(c), Gregory D. Pavey shall cause a copy of this Order to be served on each of the parties designated to receive a copy of this Order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the Order upon such parties within ten (10) days hereof.

4848-2499-32842/8310.00011

6

CHD-519091-2

## SCHEDULE A
### Lake Cumberland Marine

**GE BRP Line**

Dealer No: 164835

| Invoice Date | Invoice Number | Line Number | Manufacturer Number | Manufacturer Name | Model Number | Serial Number | CC | Net Line Amount | Balance Due Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/05 | 0099700209 | 1 | | BRP/BOMBARDIER | 0002D6D00 | 2BVEGPF136V000096 | | 5,875.00 | 5,875.00 |
| 12/30/05 | 9000088571 | 1 | | BRP/BOMBARDIER | 0004A6C00 | RFLAX17176A005653 | | 3,080.00 | 3,080.00 |
| 02/10/06 | 9000244898 | 1 | | BRP/BOMBARDIER | 0002E6A00 | 2BVEKCF196V001146 | | 6,219.00 | 6,219.00 |
| 08/22/06 | 9000808913 | 2 | | BRP/BOMBARDIER | 0002P7B00 | 2BVEKSJ187V000041 | | 7,782.00 | 7,782.00 |
| 08/22/06 | 9000808913 | 4 | | BRP/BOMBARDIER | 0002U7B00 | 2BVEKSK127V000065 | | 7,266.00 | 7,266.00 |
| 08/22/06 | 9000808913 | 5 | | BRP/BOMBARDIER | 0002U7A00 | 2BVEKCX1X7V000370 | | 7,266.00 | 7,266.00 |
| 10/24/06 | 9001003107 | 3 | | BRP/BOMBARDIER | 0002R7B00 | 2BVEMSJ1X7V000780 | | 7,696.00 | 7,696.00 |
| 11/23/06 | 9001112103 | 2 | | BRP/BOMBARDIER | 0002T7A00 | 2BVEGCK117V000131 | | 6,492.00 | 6,492.00 |
| 11/23/06 | 9001112103 | 4 | | BRP/BOMBARDIER | 0002U7A00 | 2BVEKCX177V000603 | | 7,266.00 | 7,266.00 |
| 11/23/06 | 9001112103 | 5 | | BRP/BOMBARDIER | 0002U7C00 | 2BVEKHK1X7V000348 | | 7,266.00 | 7,266.00 |
| 01/30/07 | 9001337437 | 1 | | BRP/BOMBARDIER | 0002N7A00 | 3JBEGCJ187J000009 | | 7,008.00 | 7,008.00 |
| 03/06/07 | 001463374AR | 1 | | BRP/BOMBARDIER | 0002E7A00 | 2BVEKCF177V001339 | | 6,406.00 | 6,406.00 |
| 03/16/07 | 001505305AR | 1 | | BRP/BOMBARDIER | 0002D7C00 | 2BVEGHF127V001358 | | 5,632.00 | 5,632.00 |
| 03/16/07 | 001505305AR | 2 | | BRP/BOMBARDIER | 0002D7B00 | 2BVEGSF197V001225 | | 5,632.00 | 5,632.00 |
| 07/18/07 | 001856164AR | 2 | | BRP/BOMBARDIER | 0002G8B00 | 2BVEPSF148V000128 | | 7,152.00 | 7,152.00 |
| 07/18/07 | 001856164AR | 3 | | BRP/BOMBARDIER | 0002D8C00 | 2BVEGHF118V000283 | | 5,647.00 | 5,647.00 |
| 07/20/07 | 001866486BR | 1 | | BRP/BOMBARDIER | 000338A00 | RFGUB25168S006956 | | 3,067.00 | 3,067.00 |
| 12/27/07 | 002405539AR | 1 | | BRP/BOMBARDIER | 000178A00 | YDV47894L708 | | 10,289.00 | 10,289.00 |
| 12/28/07 | 002412107AR | 1 | | BRP/BOMBARDIER | 0003F8A00 | 2BVBHCL188V002006 | | 6,679.00 | 6,679.00 |
| 01/25/08 | 002531365AR | 3 | | BRP/BOMBARDIER | 000178A00 | YDV49165A808 | | 10,289.00 | 10,289.00 |
| 01/25/08 | 002531365AR | 4 | | BRP/BOMBARDIER | 000178A00 | YDV49101A808 | | 10,289.00 | 10,289.00 |
| 01/25/08 | 002531365AR | 5 | | BRP/BOMBARDIER | 000178A00 | YDV49134A808 | | 10,289.00 | 10,289.00 |
| 01/25/08 | 002531365AR | 6 | | BRP/BOMBARDIER | 000178A00 | YDV49151A808 | | 10,289.00 | 10,289.00 |
| 01/25/08 | 002531365AR | 7 | | BRP/BOMBARDIER | 000178A00 | YDV49155A808 | | 10,289.00 | 10,289.00 |
| 01/31/08 | 002559189AR | 9 | | BRP/BOMBARDIER | 000148A00 | YDV21028A808 | | 9,099.00 | 9,099.00 |
| 03/27/08 | 002766384AR | 2 | | BRP/BOMBARDIER | 000328A00 | YDV40195C808 | | 11,309.00 | 11,309.00 |
| 06/18/08 | 003020783AR | 4 | | BRP/BOMBARDIER | 000328A00 | YDV44366F808 | | 11,309.00 | 11,309.00 |
| 10/29/08 | 003455173AR | 1 | | BRP/BOMBARDIER | 0005A9B00 | 3JBEGHM119J000803 | | 6,036.00 | 6,036.00 |
| 10/29/08 | 003455173AR | 2 | | BRP/BOMBARDIER | 0005B9A00 | 3JBEKCM149J000084 | | 6,939.00 | 6,939.00 |
| 10/29/08 | 003455173AR | 3 | | BRP/BOMBARDIER | 0005B9C00 | 3JBEKLM139J000304 | | 6,939.00 | 6,939.00 |
| 10/30/08 | 003461024CR | 1 | | BRP/BOMBARDIER | 0003K9A00 | RLVDGE1019VN00464 | | 1,814.00 | 1,814.00 |
| 11/19/08 | 003530794AR | 1 | | BRP/BOMBARDIER | 0002H9F00 | 3JBEGHN109J000189 | | 7,971.00 | 7,971.00 |
| 01/15/09 | 003741281CR | 1 | | BRP/BOMBARDIER | 000989B00 | US-CEC13515A909 | | 18,550.20 | 18,550.20 |
| 01/15/09 | 003741281CR | 2 | | BRP/BOMBARDIER | 000999D00 | US-CEC15098A909 | | 20,150.20 | 20,150.20 |
| 01/15/09 | 003741281CR | 3 | | BRP/BOMBARDIER | 000989A00 | US-CEC12533A909 | | 16,550.20 | 16,550.20 |
| 01/15/09 | 003741281CR | 4 | | BRP/BOMBARDIER | 000999B00 | US-CEC15060A909 | | 20,150.20 | 20,150.20 |
| 01/15/09 | 003741281CR | 5 | | BRP/BOMBARDIER | 000999C00 | US-CEC14130A909 | | 18,150.20 | 18,150.20 |
| 01/15/09 | 003741281CR | 6 | | BRP/BOMBARDIER | 000999D00 | US-CEC15097A909 | | 20,150.20 | 20,150.20 |
| 01/15/09 | 003741281CR | 7 | | BRP/BOMBARDIER | 0S16S0090 | 5KTBS17139F561305 | | 250.00 | 250.00 |
| 01/15/09 | 003741281CR | 8 | | BRP/BOMBARDIER | 0S16S0090 | 5KTBS17179F561694 | | 250.00 | 250.00 |
| 01/15/09 | 003741281CR | 9 | | BRP/BOMBARDIER | 0S16S0090 | 5KTBS17169F561296 | | 250.00 | 250.00 |
| 01/15/09 | 003741281CR | 10 | | BRP/BOMBARDIER | 0S16S0090 | 5KTBS17139F561594 | | 250.00 | 250.00 |
| 01/15/09 | 003741281CR | 11 | | BRP/BOMBARDIER | 0S16S0090 | 5KTBS17199F561678 | | 250.00 | 250.00 |
| 01/15/09 | 003741281CR | 12 | | BRP/BOMBARDIER | 0S16S0090 | 5KTBS17199F561695 | | 250.00 | 250.00 |
| 01/20/09 | 9003763016 | 1 | | BRP/BOMBARDIER | 000309A00 | YDV28671A909 | | 8,850.00 | 8,850.00 |
| 01/20/09 | 9003763016 | 2 | | BRP/BOMBARDIER | 000309A00 | YDV28644A909 | | 8,850.00 | 8,850.00 |
| 01/20/09 | 9003763016 | 3 | | BRP/BOMBARDIER | 000359A00 | YDV27694L809 | | 9,114.00 | 9,114.00 |
| 01/20/09 | 9003763016 | 4 | | BRP/BOMBARDIER | 000269A00 | YDV00685L809 | | 11,364.00 | 11,364.00 |
| 01/20/09 | 9003763017 | 1 | | BRP/BOMBARDIER | 0003G9A00 | 2BVBXLL1X9V000150 | | 7,799.00 | 7,799.00 |
| 01/20/09 | 9003763017 | 2 | | BRP/BOMBARDIER | 0003H9A00 | 2BVBXLL189V001104 | | 7,971.00 | 7,971.00 |
| 01/21/09 | 9003769831 | 1 | | BRP/BOMBARDIER | 000179C00 | YDV00966A909 | | 10,514.00 | 10,514.00 |
| 01/21/09 | 9003769831 | 2 | | BRP/BOMBARDIER | 000219A00 | YDV58812L809 | | 10,514.00 | 10,514.00 |
| 01/21/09 | 9003769831 | 3 | | BRP/BOMBARDIER | 000249A00 | YDV28395A909 | | 7,970.00 | 7,970.00 |
| 01/29/09 | 9003811227 | 3 | | BRP/BOMBARDIER | 000309A00 | YDV28839A909 | | 8,850.00 | 8,850.00 |
| 01/29/09 | 9003811227 | 4 | | BRP/BOMBARDIER | 000339A00 | YDV01847A909 | | 10,514.00 | 10,514.00 |
| 01/31/09 | 9003825334 | 1 | | BRP/BOMBARDIER | 000179C00 | YDV01095A909 | | 10,514.00 | 10,514.00 |
| 01/31/09 | 9003825334 | 2 | | BRP/BOMBARDIER | 000179C00 | YDV01080A909 | | 10,514.00 | 10,514.00 |
| 01/31/09 | 9003825334 | 3 | | BRP/BOMBARDIER | 000179C00 | YDV01068A909 | | 10,514.00 | 10,514.00 |
| 01/31/09 | 9003825334 | 4 | | BRP/BOMBARDIER | 000249A00 | YDV29509B909 | | 7,970.00 | 7,970.00 |
| 03/05/09 | 9003934908 | 1 | | BRP/BOMBARDIER | 000339A00 | YDV04833B909 | | 10,514.00 | 10,514.00 |
| 03/05/09 | 9003934908 | 2 | | BRP/BOMBARDIER | 000179C00 | YDV04624B909 | | 10,514.00 | 10,514.00 |
| 03/05/09 | 9003934908 | 3 | | BRP/BOMBARDIER | 000179C00 | YDV04626B909 | | 10,514.00 | 10,514.00 |
| 03/05/09 | 9003934908 | 4 | | BRP/BOMBARDIER | 000179C00 | YDV04622B909 | | 10,514.00 | 10,514.00 |
| 03/05/09 | 9003934908 | 5 | | BRP/BOMBARDIER | 000179C00 | YDV04614B909 | | 10,514.00 | 10,514.00 |
| 03/05/09 | 9003934908 | 6 | | BRP/BOMBARDIER | 000339A00 | YDV04897B909 | | 10,514.00 | 10,514.00 |
| 03/26/09 | 9004008013 | 2 | | BRP/BOMBARDIER | 000329A00 | YDV60817B909 | | 11,704.00 | 11,704.00 |
| 03/26/09 | 9004008013 | 3 | | BRP/BOMBARDIER | 000329A00 | YDV60811B909 | | 11,704.00 | 11,704.00 |
| 03/26/09 | 9004008013 | 1 | | BRP/BOMBARDIER | 000269A00 | YDV03915B909 | | 11,364.00 | 11,364.00 |
| 01/19/08 | 002500710AR | 3 | | BRP/BOMBARDIER | 000178A00 | YDV48479A808 | | 10,289.00 | 10,289.00 |
| 01/25/08 | 002531365AR | 2 | | BRP/BOMBARDIER | 000178A00 | YDV49162A808 | | 10,289.00 | 10,289.00 |

**Lake Cumberland Marine Free Inventory**

| | Manufacturer | | |
|---|---|---|---|
| Model Year | Name | Model Number | Serial Number |
| 2001 | Fountain | 47 Lightning | FGQ47399J001 |
| 2005 | Sea Ray | 380 Sundancer | SERF0816H405 |


EXHIBIT 1

Dealer No: 158146                                            GE Yamaha Motorsports

| Invoice Date | Invoice Number | Line Number | Manufacturer Number | Manufacturer Name | Model Number | Serial Number | CC | Net Line Amount | Balance Due Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/23/08 | 439966600 | 1 | | SPORT BOATS | FAT1100A-GP | F2G 0700370 | | 34,249.00 | 34,249.00 |
| 09/11/08 | 445750700 | 1 | | SPORT BOATS | FRT1100B-HP | F1T 0751254 | | 28,074.00 | 28,074.00 |
| 09/11/08 | 445767900 | 1 | | SPORT BOATS | FAT1100C-HP | F2G 0710561 | | 32,749.00 | 32,749.00 |
| 09/11/08 | 445767900 | 2 | | SPORT BOATS | SXT1100E-HP | F2A 0752413 | | 33,684.00 | 33,684.00 |
| 02/23/09 | 90015360 | 1 | | SPORT BOATS | SXT1100G-HP | F2A 0771859 | | 38,019.00 | 38,019.00 |
| 04/29/09 | 90044066 | 1 | | SPORT BOATS | SXT1100D-HP | F2A 0742662 | | 33,684.00 | 33,684.00 |
| 09/16/08 | 446055500 | 2 | | WATER VEHICLES | FX1800-HB | F1W 0811164 | | 11,196.00 | 11,196.00 |
| 09/16/08 | 446055500 | 4 | | WATER VEHICLES | FX1800-HK | F1W 0811859 | | 11,196.00 | 11,196.00 |
| 09/16/08 | 446055500 | 5 | | WATER VEHICLES | FX1800A-HR | F1W 0811954 | | 11,715.00 | 11,715.00 |
| 09/16/08 | 446055500 | 7 | | WATER VEHICLES | FX1800A-HZ | F1W 0812930 | | 11,715.00 | 11,715.00 |
| 09/16/08 | 446055500 | 8 | | WATER VEHICLES | FX1800A-HZ | F1W 0812952 | | 11,715.00 | 11,715.00 |
| 09/18/08 | 446282200 | 1 | | WATER VEHICLES | VX1100B-HB | F2L 0803041 | | 7,477.00 | 7,477.00 |
| 09/18/08 | 446282200 | 3 | | WATER VEHICLES | VX1100B-HK | F2L 0802711 | | 7,477.00 | 7,477.00 |
| 09/18/08 | 446282200 | 4 | | WATER VEHICLES | VX1100B-HK | F2L 0802714 | | 7,477.00 | 7,477.00 |
| 04/22/09 | 446282200AR | 1 | | WATER VEHICLES | VX1100B-HB | F2L 0803044 | | 7,477.00 | 7,477.00 |
| 10/14/08 | 448304200 | 1 | | WATER VEHICLES | FX1800A-HZ | F1W 0813653 | | 11,715.00 | 11,715.00 |
| 10/14/08 | 448304200 | 2 | | WATER VEHICLES | FX1800A-HZ | F1W 0813654 | | 11,715.00 | 11,715.00 |
| 01/20/09 | 90002919 | 1 | | WATER VEHICLES | FX1800A-HR | F1W 0815065 | | 11,715.00 | 11,715.00 |
| 01/20/09 | 90002920 | 1 | | WATER VEHICLES | FX1800A-HR | F1W 0816891 | | 11,715.00 | 11,715.00 |
| 01/20/09 | 90002921 | 1 | | WATER VEHICLES | FX1800A-HR | F1W 0816882 | | 11,715.00 | 11,715.00 |
| 01/20/09 | 90002922 | 1 | | WATER VEHICLES | FX1800A-HZ | F1W 0816602 | | 11,715.00 | 11,715.00 |
| 01/20/09 | 90002923 | 1 | | WATER VEHICLES | FX1800A-HZ | F1W 0814768 | | 11,715.00 | 11,715.00 |
| 01/20/09 | 90002924 | 1 | | WATER VEHICLES | FX1800-HK | F1W 0813978 | | 11,196.00 | 11,196.00 |
| 01/20/09 | 90002925 | 1 | | WATER VEHICLES | FX1800-HK | F1W 0813960 | | 11,196.00 | 11,196.00 |
| 01/20/09 | 90002926 | 1 | | WATER VEHICLES | FX1800-HB | F1W 0817059 | | 11,196.00 | 11,196.00 |
| 01/20/09 | 90002927 | 1 | | WATER VEHICLES | FX1800-HB | F1W 0817027 | | 11,196.00 | 11,196.00 |
| 01/26/09 | 90004675 | 1 | | WATER VEHICLES | GX1800A-HR | F2C 0801055 | | 11,455.00 | 11,455.00 |
| 01/26/09 | 90004676 | 1 | | WATER VEHICLES | GX1800-HB | F2R 0801069 | | 11,196.00 | 11,196.00 |
| 01/26/09 | 90004677 | 1 | | WATER VEHICLES | GX1800-HB | F2R 0801092 | | 11,196.00 | 11,196.00 |
| 02/05/09 | 90008878 | 1 | | WATER VEHICLES | GX1800A-HK | F2C 0801691 | | 11,455.00 | 11,455.00 |
| 02/18/09 | 90014116 | 1 | | WATER VEHICLES | VX1100B-HK | F2L 0809553 | | 7,477.00 | 7,477.00 |
| 02/18/09 | 90014117 | 1 | | WATER VEHICLES | VX1100B-HB | F2L 0810292 | | 7,477.00 | 7,477.00 |
| 02/18/09 | 90014118 | 1 | | WATER VEHICLES | VX1100B-HB | F2L 0810294 | | 7,477.00 | 7,477.00 |
| 03/24/09 | 90028911 | 1 | | WATER VEHICLES | GX1800A-HR | F2C 0802845 | | 11,455.00 | 11,455.00 |
| 04/01/09 | 90031594 | 1 | | WATER VEHICLES | VX1100B-HB | F2L 0812468 | | 7,477.00 | 7,477.00 |
| 04/01/09 | 90031594 | 2 | | WATER VEHICLES | VX1100B-HB | F2L 0812469 | | 7,477.00 | 7,477.00 |
| 04/13/09 | 90037391 | 1 | | WATER VEHICLES | GX1800A-HK | F2C 0803039 | | 11,455.00 | 11,455.00 |
| 04/20/09 | 90040657 | 1 | | WATER VEHICLES | GX1800-HB | F2R 0802929 | | 11,196.00 | 11,196.00 |
| 04/20/09 | 90040657 | 2 | | WATER VEHICLES | GX1800-HB | F2R 0802906 | | 11,196.00 | 11,196.00 |
| 04/20/09 | 90040658 | 1 | | WATER VEHICLES | GX1800-HB | F2R 0802930 | | 11,196.00 | 11,196.00 |
| 04/20/09 | 90040658 | 2 | | WATER VEHICLES | GX1800-HB | F2R 0802907 | | 11,196.00 | 11,196.00 |
| 04/20/09 | 90040658 | 3 | | WATER VEHICLES | GX1800-HB | F2R 0802910 | | 11,196.00 | 11,196.00 |
| 04/20/09 | 90040658 | 4 | | WATER VEHICLES | GX1800-HB | F2R 0802908 | | 11,196.00 | 11,196.00 |
| 04/29/09 | 90044065 | 1 | | WATER VEHICLES | FY1800-H | F2H 0802069 | | 10,158.00 | 10,158.00 |
| 04/29/09 | 90044065 | 2 | | WATER VEHICLES | FY1800-H | F2H 0802054 | | 10,158.00 | 10,158.00 |
| 04/29/09 | 90044067 | 1 | | WATER VEHICLES | FY1800A-H | F2H 0801165 | | 10,590.00 | 10,590.00 |
| 05/20/09 | 90054724 | 1 | | WATER VEHICLES | FY1800A-H | F2H 0803426 | | 10,590.00 | 10,590.00 |
| 05/20/09 | 90054725 | 1 | | WATER VEHICLES | FY1800A-H | F2H 0803425 | | 10,590.00 | 10,590.00 |
| 05/20/09 | 90054726 | 1 | | WATER VEHICLES | FY1800-H | F2H 0803219 | | 10,158.00 | 10,158.00 |
| 05/20/09 | 90054727 | 1 | | WATER VEHICLES | FY1800-H | F2H 0803236 | | 10,158.00 | 10,158.00 |
| 05/29/09 | 90058985 | 1 | | WATER VEHICLES | FY1800A-H | F2H 0802790 | | 10,590.00 | 10,590.00 |
| 05/29/09 | 90058986 | 1 | | WATER VEHICLES | GX1800A-HK | F2C 0803744 | | 11,455.00 | 11,455.00 |
| 05/29/09 | 90058987 | 1 | | WATER VEHICLES | GX1800A-HR | F2C 0804042 | | 11,455.00 | 11,455.00 |

| Dealer No: | 160591 | | | GE Yamaha Powersport | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Invoice Date | Invoice Number | Line Number | Manufacturer Number | Manufacturer Name | Model Number | Serial Number | CC | Net Line Amount | Balance Due Amount |
| 04/20/06 | 164737 | 1 | 105680 | Bourget's | Fat Daddy | 393241 | | 46,550.00 | 46,550.00 |
| 01/31/06 | 165052 | 1 | 105680 | Bourget's | Fat Daddy | 393561 | | 35,726.00 | 35,726.00 |

## SCHEDULE A
### Lake Cumberland Marine

| Dealer No: | 66905 | | | | | GE Marine Line | | | |
|---|---|---|---|---|---|---|---|---|---|
| Invoice Date | Invoice Number | Line Number | Manufacturer Number | Manufacturer Name | Model Number | Serial Number | CC | Net Line Amount | Balance Due Amount |
| 02/27/04 | '93503AR | 1 | 36678 | JOHN | EZ664 | '541253883 | | 3,325.50 | 2,992.95 |
| 09/13/05 | '126578 | 2 | 40855 | LOAD | A832R10400TB | '0136 | | 4,132.00 | 4,132.00 |
| 10/27/06 | '102301 | 1 | 45891 | HLTL | TRLR | '71259737 | | 3,084.81 | 3,084.81 |
| 10/27/06 | '102302 | 1 | 45891 | HLTL | TRLR | '71259868 | | 4,849.02 | 4,849.02 |
| 11/02/06 | '102320 | 1 | 45891 | HLTL | TRLR | '71259865 | | 3,750.69 | 3,750.69 |
| 05/07/07 | '103602 | 1 | 45891 | HLTL | E34149 | 71261315 | | 7,995.00 | 7,995.00 |
| 06/27/05 | '97310 | 1 | 45891 | HLTL | TRLR | '51256014 | | 3,308.85 | 3,308.85 |
| 11/02/05 | '98835 | 1 | 45891 | HLTL | TRLR | '61257121 | | 3,642.81 | 3,642.81 |
| 01/09/06 | '99168 | 1 | 45891 | HLTL | TRLR | '61257605 | | 3,261.35 | 3,261.35 |
| 10/23/06 | '39024 | 1 | 61813 | OUTE | 39QUATRO | 'OPL39024F607 | | 490,556.00 | 490,556.00 |
| 07/19/07 | '42061 | 1 | 61813 | OUTE | 42LEGACY | 'OPL42061E708 | | 573,206.00 | 573,206.00 |
| 08/21/07 | '51105 | 1 | 61813 | OUTE | 51GTX | 'OPL51105F708 | | 821,479.00 | 821,479.00 |
| 06/03/03 | '37013AR | 1 | 122469 | GLOB | 377TALON | 'GLE37013F203 | | 273,129.14 | 120,411.03 |

## SCHEDULE A
### Lake Cumberland Marine

Dealer No: 152689

| Invoice Date | Invoice Number | Line Number | Manufacturer Number | Manufacturer Name | Model Number | Serial Number | CC | Net Line Amount | Balance Due Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/29/07 | '124572AR | 1 | 36748 | BRUN | ROYALHER250 | 'HAMP5577F707 | | 23,754.00 | 23,754.00 |
| 06/29/07 | '124572AR | 2 | 36748 | BRUN | BF150A7LA | 'BANJ1301073 | | 12,230.00 | 12,230.00 |
| 07/27/07 | '125261AR | 1 | 36748 | BRUN | SUNLINER200 | 'HAMP5931F708 | | 9,774.00 | 9,774.00 |
| 07/27/07 | '125261AR | 2 | 36748 | BRUN | BF90AKLRT | 'BBCJ1003514 | | 8,210.00 | 8,210.00 |
| 01/24/08 | '128447AR | 1 | 36748 | BRUN | OUTLOOK240 | 'HAMP6454A808 | | 26,804.00 | 26,804.00 |



EXHIBIT 2