UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
__London__ DIVISION

IN RE:                                                    CASE NO. 09-61089

DEBTOR(S)                                                 CHAPTER 11

MONTHLY OPERATING REPORT FOR MONTH ENDING March 31, 2010

Comes now __Lake Cumberland Marine, LLC__ debtor in possession and hereby submits its Monthly Operating Report for the period commencing __March 1, 2010__ and ending __March 31, 2010__ as shown by the report and exhibits consisting of __17__ pages and containing the following, as indicated:

- ✓ Monthly Reporting Questionnaire ( Attachment 1 )
- ✓ Comparative Balance Sheet ( Forms OPR-1 & OPR-2 )
- ✓ Summary of Accounts Receivable ( Form OPR-3 )
- ✓ Schedule of Post-Petition Liabilities ( Form OPR-4 )
- ✓ Statement of Income (Loss) ( Form OPR-5 )
- ✓ Statement of Sources and Uses of Cash ( Form OPR-6 )

I declare under penalty of perjury that this report and all attachments are true and correct to the best of my knowledge and belief. I also hereby certify that the original Monthly Operating Report was filed with the Bankruptcy Clerk and a copy delivered to the U.S. Trustee.

Date: 4/12/10

DEBTOR
By: _[signature]_
(Signature)

Name & Title: Wesley R. Evans, Controller
(Print or Type)

Address: 105 Collins Avenue
Somerset, KY 42503

Telephone Number: 606-677-0939

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**MONTHLY REPORTING QUESTIONNAIRE**

CASE NAME: Lake Cumberland Marine, LLC
CASE NUMBER: 09-61089
MONTH OF: March 2010

1 **Payroll**  State the amount of all executive wages paid and payroll taxes withheld and paid.

| Name and Title of Executive | Wages Paid GROSS | Wages Paid NET | Taxes DUE | Taxes PAID |
|---|---|---|---|---|
| Randy Hartmann, Mng Member | 1,600.00 | 997.12 | 210.88 | 158.16 |
| Evonne Hartmann, Member | 12,800.00 | 7,603.16 | 3,916.84 | 2,937.63 |
| Wesley Evans, GM | 5,000.00 | 3,574.98 | 1,075.90 | 806.92 |
| Total Executive Payroll | 19,400.00 | 12,175.26 | 5,203.62 | 3,902.71 |

2 **Insurance**

Is worker's compensation and other insurance in effect? _X_
Are payments current? _X_
No policy changes have been made.

| | Name of Carrier | Coverage Amount | Expiration Date | Date Coverage Paid Thru |
|---|---|---|---|---|
| **Worker's Compensation** | Mid-Western | No Limit | 1/3/2011 | 4/3/2010 |
| **General Liability** | Fireman's Fund | $2,000,000.00 | 4/15/2010 | 4/15/2010 |
| **Automobile** | Fireman's Fund | $1,000,000.00 | 4/15/2010 | 4/15/2010 |
| **Marine Dealer** | Fireman's Fund | $10,000,000.00 | 4/15/2010 | 4/15/2010 |
| **Umbrella** | Travelers | $5,000,000.00 w/limit Retain $10,000.00 | 4/15/2010 | 4/15/2010 |

CHAPTER 11 MONTHLY OPERATING REPORT
MONTHLY REPORTING QUESTIONNAIRE

**CASE NAME: LAKE CUMBERLAND MARINE, LLC**
**CASE NUMBER: 09-61089**
**MONTH OF: March 2010**

## 1. Bank Accounts

| | Account Type | Account # | Begin Book Balance | Plus: Receipts | Less: Disbursements | Transfers | Other | End Book Balance |
|---|---|---|---|---|---|---|---|---|
| **BB&T Dip** | Operating | 8149 | 6,959.77 | 0.00 | 342,219.60 | 341,163.44 | 0.00 | 5,903.61 |
| **BB&T Proceeds** | Held Proceeds | 8270 | 114,055.30 | 83,500.00 | 39,675.50 | -86,624.94 | 0.00 | 71,254.86 |
| **BB&T Merchant** | Credit Card Process | 8343 | 16,692.23 | 20,486.75 | 735.53 | -22,929.17 | 0.00 | 13,514.28 |
| **BB&T Wire** | International Wires | 8351 | 543.75 | 0.00 | 0.00 | -543.75 | 0.00 | 0.00 |
| **BB&T Flex** | Flex Fund Benefits | 8459 | 369.04 | 0.00 | 0.00 | 0.00 | 0.00 | 369.04 |
| **5/3 Adv** | Credit Card Process | 2083 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **5/3 Op** | Old Operating | 2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **PNC** | Credit Card Process | 8187 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **First & Farmers** | Old Operating | 0806 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **First & Farmers Reserve** | Retail Reserve | 2117 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **First & Farmers Flex** | Flex Fund Benefits | 5913 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **First & Farmers Special** | | 2339 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **PayPal** | Ebay Sales Receipts | 4933A | 716.63 | 1,307.22 | 294.22 | -716.63 | 0.00 | 1,013.00 |
| **Cash Register Fund** | | | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| **Undeposited Cash** | | | 616.12 | 232,740.39 | 3,000.00 | -230,348.95 | 0.00 | 7.56 |
| **Whitaker Bank CD** | | | 6,295.85 | 0.00 | 0.00 | 0.00 | 0.00 | 6,295.85 |
| **First & Farmers CD** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | | | **146,548.69** | **338,034.36** | **385,924.85** | **0.00** | **0.00** | **98,658.20** |

**4. POSTPETITION PAYMENTS** List any postpetition payments to professionals and payments on prepetiion debts in the schedule below (attach sparate sheet if Necessary).

| Payments To | | Amount | Date | Check # |
|---|---|---|---|---|
| Professionals (Attorneys, Accountants, etc.): | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Prepetition creditors**

| | | | | |
|---|---|---|---|---|
| Fifth Third | Sales of Collateral  Per Crt Order | 16,042.19 | 3/3/2010 | Wire |
| Fifth Third | Sales of Collateral  Per Crt Order | 12,252.33 | 3/16/2010 | Wire |

CASE NAME: LAKE CUMBERLAND MARINE, LLC  
CASE NUMBER: 09-61089  

**COMPARATIVE BALANCE SHEET**  
**MONTH ENDED: March 2010**

FORM LCMOPR-1 2

| | **FILING DATE 7/19/09** | **Nov-09** | **Dec-09** | **Jan-10** | **Feb-10** | **Mar-10** |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | 736,977.99 | 812,080.54 | 579,870.35 [1] | 536,996.32 | 140,252.84 | 92,362.35 |
| Other Negotiable Intruments (CDs) | 264,458.19 | 6,295.85 | 6,295.85 | 6,295.85 | 6,295.85 | 6,295.85 |
| Pledged Negotiable Instruments (CDs) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A/R | 1,241,697.63 | 1,243,785.83 | 1,124,036.71 | 1,123,654.56 | 1,122,764.87 | 1,115,067.80 |
| Allowance For Doubtfull Accounts | (273,000.00) | (273,000.00) | (273,000.00) | (273,000.00) | (273,000.00) | (271,000.00) |
| Inventory--New Units | 11,996,399.81 | 1,432,243.88 | 1,432,243.88 | 1,432,243.88 | 1,432,243.88 | 1,737,400.86 |
| Inventory--Used Units | 8,648,803.08 | 958,795.00 | 959,725.00 | 992,225.00 | 986,445.00 | 960,820.00 |
| Inventory--Parts & Accessories, Other | 727,124.91 [2] | 681,243.00 | 704,408.75 | 675,869.43 | 674,560.17 | 673,769.38 |
| Othe Assets--Prepaid Legal/Prof Fees | 11,011.84 | 336,011.84 | 11,368.97 | 10,295.29 | 10,295.29 | 10,295.29 |
| **Total Current Assets** | **23,353,473.45** | **5,197,455.94** | **4,517,196.90** | **4,504,580.33** | **4,099,857.90** | **4,325,011.53** |
| **Property and Equipment** | | | | | | |
| F/A Building Improvements | 151,038.13 | 151,038.13 | 151,038.13 | 151,038.13 | 151,038.13 | 151,038.13 |
| A/D Building Improvements | (10,576.00) | (12,496.00) | (12,976.00) | (13,456.00) | (13,936.00) | (14,416.00) |
| F/A Lease Hold Improvements | 161,482.98 | 161,482.98 | 161,482.98 | 161,482.98 | 161,482.98 | 161,482.98 |
| A/D Lease Hold Improvements | (14,305.00) | (19,241.00) | (20,475.00) | (21,709.00) | (22,943.00) | (24,177.00) |
| F/A Machinery | 147,166.57 | 147,166.57 | 147,166.57 | 147,166.57 | 147,166.57 | 147,166.57 |
| A/D Machinery | (82,490.23) | (89,290.23) | (90,990.23) | (92,690.23) | (94,390.23) | (96,090.23) |
| F/A Furniture & Fixtures | 329,067.42 | 329,067.42 | 329,067.42 | 329,067.42 | 329,067.42 | 329,067.42 |
| A/D Furniture & Fixtures | (151,663.27) | (160,099.27) | (162,208.27) | (164,317.27) | (166,426.27) | (168,535.27) |
| F/A Vehicles | 690,968.97 | 690,968.97 | 690,968.97 | 690,968.97 | 690,968.97 | 555,779.97 |
| A/D Vehicles | (286,550.11) | (317,850.11) | (325,675.11) | (333,500.11) | (341,325.11) | (273,173.11) |
| **Total Property and Equipment** | **934,139.46** | **880,747.46** | **867,399.46** | **854,051.46** | **840,703.46** | **768,143.46** |
| **Other Assets** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total Other Assets** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total Assets** | **24,287,612.91** | **6,078,203.40** | **5,384,596.36** | **5,358,631.79** | **4,940,561.36** | **5,093,154.99** |

CASE NAME: LAKE CUMBERLAND MARINE, LLC  
CASE NUMBER: 09-61089  

**COMPARATIVE BALANCE SHEET**  
**MONTH ENDED: March 2010**

FORM LCMOPR-1 2

**LIABILITIES AND CAPITAL**

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| **Current Post Petition Liabilities** | | | | | | |
| A/P--Vendors | 0.00 | 46,421.14 | 25,769.07 | 24,680.86 | 18,112.43 | 41,636.60 |
| A/P--Brokerage Payoffs | 0.00 | 43,075.00 | 2,000.00 | 8,200.00 | 56,600.00 | 31,005.54 |
| A/P--KY Sales Tax Payable | 0.00 | 6,287.83 | 1,723.71 | 1,365.32 | 8,026.87 | 9,599.95 |
| A/P--Property Tax Payable | 0.00 | 0.00 | 6,154.00 | 0.00 | 0.00 | 0.00 |
| A/P--Customer Deposits | 0.00 | 21,150.93 | 3,814.63 | 4,987.96 | 7,375.08 | 18,907.04 |
| A/P--Unearned Revenues | 0.00 | 350,000.00 | 0.00 | 4,874.00 | 0.00 | 367.00 |
| A/P--Unearned Rev-Storage | 0.00 | 7,150.00 | 6,720.00 | 6,483.88 | 2,143.00 | 7,700.65 |
| Accrd--Wages | 0.00 | 8,811.30 | 843.72 | 2,940.34 | 6,440.58 | 1,717.76 |
| Accrd--Social Security | 0.00 | 1,496.28 | 991.15 | 2,011.20 | 1,458.38 | 1,138.53 |
| Accrd--Fed W/holding Tax | 0.00 | 1,180.22 | 391.15 | 879.39 | 1,012.04 | 514.28 |
| Accrd--State W/holding Tax | 0.00 | 562.07 | 82.68 | 197.30 | 441.40 | 115.56 |
| Accrd--Local W/holding Tax | 0.00 | 128.06 | 1.31 | 102.74 | 97.87 | 28.84 |
| Accrd--FUTA | 0.00 | 0.69 | 5.88 | 399.89 | 26.96 | 323.62 |
| Accrd--SUTA | 0.00 | 3.54 | 0.00 | 0.00 | 106.83 | 0.00 |
| Accrd--401K Cont--Employee | 0.00 | 925.65 | 412.50 | 1,507.33 | 755.56 | 844.14 |
| Accrd--401K Match--Employer | 0.00 | 345.47 | 148.00 | 594.33 | 299.06 | 342.77 |
| Accrd--401K Loan Pay--Employee | 0.00 | 0.00 | 37.28 | 74.56 | 37.28 | 37.28 |
| N/P--Floor--First & Farmers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 266,812.20 |
| A/P--Secured / Blanket Sales | 0.00 | 11,960.00 | 7,774.00 | 0.00 | 5,060.00 | 8,648.00 |
| **Total Current Post Petition Liabilities** | **0.00** | **499,498.18** | **56,869.08** | **59,299.10** | **107,993.34** | **389,739.76** |
| **Pre Petition Liabilities** | | | | | | |
| A/P--Secured Creditors | 24,168,660.19 | 5,306,024.50 | 5,193,775.54 | 5,176,362.38 | 4,678,586.56 | 4,650,292.04 |
| A/P--Unsecured Priority Crds | 202,408.30 | 188,129.59 | 188,129.59 | 188,129.59 | 188,129.59 | 188,129.59 |
| A/P--Unsecured NonPriority Crd | 4,823,041.51 | 4,685,845.39 | 4,685,845.39 | 4,685,845.39 | 4,685,408.65 | 4,685,408.65 |
| **Total Pre Petition Liabilities** | **29,194,110.00** | **10,179,999.48** | **10,067,750.52** | **10,050,337.36** | **9,552,124.80** | **9,523,830.28** |
| **Total Liabilities** | **29,194,110.00** | **10,679,497.66** | **10,124,619.60** | **10,109,636.46** | **9,660,118.14** | **9,913,570.04** |
| **Capital** | | | | | | |
| Capital--Hartmann | 496,810.15 | 496,810.15 | 496,810.15 | 496,810.15 | 496,810.15 | 496,810.15 |
| Retained Earnings | (790,856.40) [2] | (5,404,452.12) | (5,404,452.12) | (5,236,833.39) | (5,236,833.39) | (5,236,833.39) |
| Net Income | (4,612,450.84) | 306,347.71 | 167,618.73 | (10,981.43) | 20,466.46 | (80,391.81) |
| **Total Capital** | **(4,906,497.09)** | **(4,601,294.26)** | **(4,740,023.24)** | **(4,751,004.67)** | **(4,719,556.78)** | **(4,820,415.05)** |
| **Total Liabilities & Capital** | **24,287,612.91** | **6,078,203.40** | **5,384,596.36** | **5,358,631.79** | **4,940,561.36** | **5,093,154.99** |

*1 See Attachment for Footnotes & Disclosures*

SUMMARY OF ACCOUNTS RECEIVABLE

FORM LCMOPR-3

CASE NAME: **LAKE CUMBERLAND MARINE, LLC**

CASE NUMBER: **09-61089**

MONTH ENDED March 2010

| | TOTAL | Amounts w/ No Aging Data | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|
| **DATE OF FILING: July 19, 2009** | 1,241,697.73 | 171,135.53 | 228,696.33 | 440.48 | 8,915.79 | 832,509.60 |
| Allowance For Doubtful Accounts | (273,000.00) | ( ) | ( ) | ( ) | ( ) | (273,000.00) |
| **MONTH: October 2009** | 1,278,145.16 | 0.00 | 122,092.48 | 45,971.52 | 10,388.72 | 1,099,692.44 |
| Allowance For Doubtful Accounts | (273,000.00) | ( ) | ( ) | ( ) | ( ) | (273,000.00) |
| **MONTH: November 2009** | 1,243,785.83 | 0.00 | 10,754.71 | 119,208.77 | 254.36 | 1,113,567.99 |
| Allowance For Doubtful Accounts | (273,000.00) | ( ) | ( ) | ( ) | ( ) | (273,000.00) |
| **MONTH: December 2009** | 1,124,036.71 | | | 10,754.71 | 208.77 | 1,113,073.23 |
| Allowance For Doubtful Accounts | (273,000.00) | ( ) | ( ) | ( ) | ( ) | (273,000.00) |
| **MONTH: January 2010** | 1,123,654.56 | 0.00 | 0.00 | 0.00 | 10,754.71 | 1,112,899.85 |
| Allowance For Doubtful Accounts | (273,000.00) | ( ) | ( ) | ( ) | ( ) | (273,000.00) |
| **MONTH: February 2010** | 1,122,764.87 | 0.00 | 0.00 | 0.00 | 10,750.00 | 1,112,014.87 |
| Allowance For Doubtful Accounts | (273,000.00) | ( ) | ( ) | ( ) | ( ) | (273,000.00) |
| **MONTH: March 2010** | 1,115,067.80 | | | | | 1,115,067.80 |
| Allowance For Doubtful Accounts | (271,000.00) | ( ) | ( ) | ( ) | ( ) | (271,000.00) |

*\* Aging for August 2009 not available due to new company setup in Accounting Software, will correct in future reports*

SCHEDULE OF POST PETITION LIABILITIES  
MONTH ENDED: March 2010

Form LCMOPR-4

CASE NAME: **Lake Cumberland Marine, LLC**

CASE NUMBER: **09-61089**

| | DATE INCURRED | DATE DUE | TOTAL DUE | 0-30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| **TAXES PAYABLE** | | | | | | | |
| Federal Income Tax | 03/28/10 | 04/05/10 | 1,138.53 | 1,138.53 | | | |
| FICA Employer's Share | 03/28/10 | 04/05/10 | 858.88 | 858.88 | | | |
| FICA Employee's Share | 03/28/10 | 04/05/10 | 858.88 | 858.88 | | | |
| State Income Tax | 03/28/10 | 04/05/10 | 514.28 | 514.28 | | | |
| Federal Unemployment Tax | 03/28/10 | 04/05/10 | 28.84 | 28.84 | | | |
| State Unemployment Tax | 03/28/10 | 04/05/10 | 323.62 | 323.62 | | | |
| Local W/holding Tax | 03/28/10 | 04/05/10 | 115.56 | 115.56 | | | |
| Sales Tax | March '10 | 04/20/10 | 9,599.95 | 9,599.95 | | | |
| Property Tax | | | 0.00 | 0.00 | | | |
| **TOTAL TAXES PAYABLE** | | | **13,438.54** | **13,438.54** | **0.00** | **0.00** | **0.00** |
| | | | | | | | |
| **POSPETITION SECURED DEBT** | | | | | | | |
| Brokerage Payoffs (Boats Sold for Individuals) | March | | 31,005.54 | 31,005.54 | | | |
| Brokerage Payoffs (Boats Sold for Banks) | March | | 8,648.00 | 8,648.00 | | | |
| First & Farmers Floor Plan | March | Pay as Sold | 266,812.20 | 266,812.20 | | | |
| **TOTAL POSTPETITION SECURED** | | | **306,465.74** | **306,465.74** | **0.00** | **0.00** | **0.00** |
| | | | | | | | |
| **POSPETITION UNSECURED DEBT** | | | | | | | |
| Customer Deposits | March | | 18,907.04 | 18,907.04 | | | |
| Unearned Revenue | March | | 367.00 | 367.00 | | | |
| Wages Payable | 03/28/10 | 04/05/10 | 7,700.65 | 7,700.65 | | | |
| 401K Contibutions | 03/28/10 | 04/05/10 | 1,224.19 | 1,224.19 | | | |
| **TOTAL POSTPETITION UNSECURED** | | | **28,198.88** | **28,198.88** | **0.00** | **0.00** | **0.00** |
| | | | | | | | |
| **TRADE ACCOUNTS PAYABLE & OTHER** | | | | | | | |
| Vendors Payable | | | 41,636.60 | 34,969.53 | 4,823.96 | (217.71) | 2,060.82 |
| **TOTAL POSTPETITION UNSECURED** | | | **41,636.60** | **34,969.53** | **4,823.96** | **(217.71)** | **2,060.82** |
| | | | | | | | |
| **TOTALS** | | | **389,739.76** | **383,072.69** | **4,823.96** | **(217.71)** | **2,060.82** |

CASE NAME: LAKE CUMBERLAND MARINE, LLC  
STATEMENT OF INCOME (LOSS)  
FORM LCMOPR-5

CASE NUMBER: 09-61089  
MONTH ENDED: March 2010

| | September 2009 | October 2009 | November 2009 | December 2009 | January 2010 | February 2010 | March 2010 | Filing to Date |
|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | |
| Total Revenues | 344,974.70 | 271,093.66 | 152,137.26 | 450,015.35 | 310,261.92 | 106,747.26 | 94,655.92 | 2,401,850.27 |
| Cost of Sales | 49,150.08 | 155,946.95 | 34,033.06 | 21,883.26 | 197,706.84 | 58,182.46 | 37,343.42 | 940,930.65 |
| **Gross Profit** | **295,824.62** | **115,146.71** | **118,104.20** | **428,132.09** | **112,555.08** | **48,564.80** | **57,312.50** | **1,460,919.62** |
| **Expenses** | | | | | | | | |
| Payroll & Benefits | 75,349.73 | 89,060.68 | 61,617.13 | 55,796.29 | 66,189.58 | 57,787.71 | 52,804.57 | 600,727.11 |
| Advertising Expense | 2,022.74 | 2,033.00 | 2,870.59 | 984.00 | 3,635.00 | 1,476.45 | 1,291.00 | 19,415.22 |
| Utilities Expense | 38,097.28 | 27,922.23 | 22,290.13 | 23,222.83 | 23,414.67 | 25,001.62 | 24,951.75 | 201,282.87 |
| Supplies & Postage Expense | 450.86 | 1,355.23 | 1,146.73 | 939.39 | 1,203.28 | 1,154.93 | 606.10 | 12,519.08 |
| Taxes--Property | 0.00 | 0.00 | 0.00 | 6,154.00 | 1,067.90 | 0.00 | 1,377.00 | 8,598.90 |
| Selling Expenses | 1,332.08 | 0.00 | 94.88 | 122.44 | 359.18 | 253.33 | 203.28 | 3,071.13 |
| Depreciation Expense | 13,348.00 | 13,348.00 | 13,348.00 | 13,348.00 | 13,348.00 | 13,348.00 | 12,513.00 | 105,949.00 |
| Insurance Expense | 9,843.90 | 8,418.17 | 0.00 | 3,637.44 | 4,028.00 | 3,595.35 | 1,010.00 | 39,099.37 |
| Misc License Fees | 0.00 | 0.00 | 2,141.00 | 60.00 | 0.00 | 0.00 | 210.50 | 2,411.50 |
| Travel Expense | 0.00 | 794.98 | 0.00 | 1,346.58 | 0.00 | 0.00 | 0.00 | 2,141.56 |
| Bank Fees-Credit Card | (132.91) | 1,313.40 | 3,595.60 | 1,580.98 | 680.54 | 397.35 | 629.44 | 9,653.21 |
| Bank Fees-Wiring & Service Chg | 994.19 | 628.91 | 2,655.44 | 199.22 | 240.20 | 137.00 | 90.00 | 5,112.36 |
| Maintenance & Equipment Rental | 2,493.19 | 1,807.90 | 1,415.46 | 2,729.03 | 1,869.68 | (30.48) | 2,387.04 | 16,273.95 |
| Interest Exp--Other | 675.46 | 1,914.93 | 916.62 | 531.49 | 813.72 | 3,990.75 | 202.03 | 9,720.46 |
| F&I Expenses | 282.46 | (402.92) | 64.73 | 60.05 | 186.76 | 5.00 | (150.94) | 887.19 |
| Cash Over & Short | 6.98 | 0.25 | 3.02 | 0.02 | 0.00 | (0.10) | (1.00) | 78.03 |
| Adequate Protection Payments | 2,264.79 | 623.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,887.89 |
| Restructuring Fees / Adequate Protetion | 0.00 | 9,750.00 | 0.00 | 456,149.31 | 6,500.00 | 0.00 | 0.00 | 472,399.31 |
| Market Value Loss(db) Gain(cr) * | 50,585.58 | 0.00 | (104,391.33) | 0.00 | 0.00 | 0.00 | 0.00 | (108,582.44) |
| **Total Expenses** | **197,614.33** | **158,567.86** | **7,768.00** | **566,861.07** | **123,536.51** | **107,116.91** | **98,123.77** | **1,403,645.70** |
| **Other (Income) / Loss** | | | | | | | | |
| (Gain) Loss on Sale of F/A | | | | | | (90,000.00) | 60,047.00 [1] | (29,953.00) |
| **Total Other (Income) / Loss** | | | | | | **(90,000.00)** | **60,047.00** | **(29,953.00)** |
| **Net Income (Loss)** | **98,210.29** | **(43,421.15)** | **110,336.20** | **(138,728.98)** | **(10,981.43)** | **31,447.89** | **(100,858.27)** | **87,226.92** |

*Loss (Gain) on Inventory Surrendered Under Stay Relief*  
*See Attachment A for Footnotes & Disclosures*

CASE NAME: LAKE CUMBERLAND MARINE, LLC   **STATEMENT OF SOURCES AND USES OF CASH**   Form LCMOPR-6

CASE NUMBER: 09-61089   **MONTH ENDED: March 2010**

| | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Jan-10 | Feb-10 | Mar-10 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **SOURCES OF CASH** | | | | | | | |
| **Income (Loss From Operations)** | 98,210.29 | (43,421.15) | 110,336.20 | (138,728.98) | (10,981.43) | 31,447.89 | (100,858.27) |
| Add: Depreciation, Amortization & Other Non-Cash | 13,348.00 | 13,348.00 | 13,348.00 | 13,348.00 | 13,348.00 | 13,348.00 | 12,513.00 |
| CASH GENERATED FROM OPERATIONS | 111,558.29 | (30,073.15) | 123,684.20 | (125,380.98) | 2,366.57 | 44,795.89 | (88,345.27) |
| **Add: Decreases in Assets:** | | | | | | | |
| Accounts Receivable | 24,994.25 | 0.00 | 34,359.33 | 119,749.12 | 382.15 | 889.69 | 5,697.07 |
| Inventory | 970,475.61 | 114,391.39 | 0.00 | 3,656.86 | 0.00 | 7,089.26 | 0.00 |
| Prepaid Expenses & Deposits | 0.00 | 0.00 | 0.00 | 324,642.87 | 1,073.68 | 0.00 | 0.00 |
| Property, Plant & Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60,047.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Increases in Liabilities:** | | | | | | | |
| Pre Petition Liabilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Post Petition Liabilities | 0.00 | 0.00 | 24,073.40 | 0.00 | 2,430.02 | 48,694.24 | 281,746.42 |
| **TOTAL SOURCES OF CASH (A)** | **1,107,028.15** | **84,318.24** | **182,116.93** | **322,667.87** | **6,252.42** | **101,469.08** | **259,145.22** |
| **USES OF CASH** | | | | | | | |
| **Increases in Assets:** | | | | | | | |
| Accounts Receivable | 0.00 | 117,738.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Inventory | 0.00 | 0.00 | 101,674.11 | 0.00 | 31,713.29 | 0.00 | 278,741.19 |
| Prepaid Expenses & Deposits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property, Plant & Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 51,144.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Decreases in Liabilities:** | | | | | | | |
| Pre Petition Liabilities | 1,064,423.15 | 242,249.92 | 36,949.59 | 112,248.96 | 17,413.16 | 498,212.56 | 28,294.52 |
| Post Petition Liabilities | 887,318.25 | 56,411.04 | 0.00 | 442,629.10 | 0.00 | 0.00 | 0.00 |
| **TOTAL USES OF CASH (B)** | **2,002,886.28** | **416,399.91** | **138,623.70** | **554,878.06** | **49,126.45** | **498,212.56** | **307,035.71** |
| **NET SOURCE (USE) OF CASH (A-B)** | **(895,858.13)** | **(332,081.67)** | **43,493.23** | **(232,210.19)** | **(42,874.03)** | **(396,743.48)** | **(47,890.49)** |
| **CASH - BEGINNING BALANCE** | **2,002,822.96** | **1,106,964.83** | **774,883.16** | **818,376.39** | **586,166.20** | **543,292.17** | **146,548.69** |
| **CASH - ENDING BALANCE** | **1,106,964.83** | **774,883.16** | **818,376.39** | **586,166.20** | **543,292.17** | **146,548.69** | **98,658.20** |

CASE NAME: Lake Cumberland Marine, LLC          CASH RECEIPTS DETAIL          March 2010

CASE NUMBER: 09-61089

| Date | Reference | Trans Description | Debit Amt |
|---|---|---|---:|
| 3/2/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 430.00 |
| 3/2/10 | CASH REGISTER | CASH REGISTER | 80.00 |
| 3/2/10 | SALES-KY-KY | SOLD 2009 YAMAHA VX FOR GE-- MICHAEL CORRELL-- CK 3997 | 539.70 |
| 3/2/10 | SALES-KY-KY | SOLD 2009 YAMAHA VX FOR GE-- MICHAEL CORRELL-- CASH | 7,000.00 |
| 3/2/10 | SALES-OH-NO | SOLD 2005 CUSTOM MOTORCYCLE-- KENNETH HUBBARD-- CASH | 9,000.00 |
| 3/3/10 | 5625 | GINA SCHMITT | 73.66 |
| 3/4/10 | CASH REGISTER | CASH REGISTER-- DISCOVER | 1,378.00 |
| 3/4/10 | CASH REGISTER | CASH REGISTER-- A/E | 15.06 |
| 3/4/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 949.97 |
| 3/4/10 | CASH REGISTER | CASH REGISTER-- RONNIE MARCHBANKS | 40.75 |
| 3/4/10 | CASH REGISTER | CASH REGISTER--  ROBERT BUTOW | 90.50 |
| 3/4/10 | CASH REGISTER | CASH REGISTER--  KEN GRAHAM | 95.00 |
| 3/4/10 | CASH REGISTER | CASH REGISTER--  ERIC KINDER | 63.79 |
| 3/4/10 | CASH REGISTER | CASH REGISTER--  KRISTIN WILSON | 110.00 |
| 3/4/10 | CASH REGISTER | CASH REGISTER-- CHARLES HODDE | 46.00 |
| 3/4/10 | CASH REGISTER | CASH REGISTER-- ROBERT BUTOW | 162.50 |
| 3/4/10 | SALES-OH-KY | SOLD 1998 CRUISER 3675 FOR VIVEK SARIN-- DAN STEGALL | 58,300.00 |
| 3/4/10 | CASH REGISTER | CASH REGISTER | 5,813.05 |
| 3/5/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 149.14 |
| 3/5/10 | SALES-OH-KY | SOLD 1999 CARAVELLE 209 & TENNESSEE TRAILER-- RICK KELLER-- CK 173 | 6,109.61 |
| 3/5/10 | Q046339 | McGriff, Seibels & Williams | 34.44 |
| 3/5/10 | QQ046213 | McGriff, Seibles & Williams | 14.16 |
| 3/6/10 | CASH REGISTER | CASH REGISTER | 2.12 |
| 3/6/10 |  | TRANSPORT OF BOAT--MARK MONTGOMERY | 2,000.00 |
| 3/8/10 | CASH REGISTER | CASH REGISTER-- DISC | 1,500.00 |
| 3/8/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 199.48 |
| 3/8/10 | STORAGE | STORAGE REVENUE-- ALLEN LIND | 70.00 |
| 3/8/10 | CASH REGISTER | CASH REGISTER | 2.12 |
| 3/8/10 | 15852 | MGIS | 140.00 |
| 3/9/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 28.56 |
| 3/9/10 | CASH REGISTER | CASH REGISTER-- TOM HOUSE | 61.35 |
| 3/9/10 | SALES-KY-KY | SOLD 1997 SEA RAY & EAGLE FROM STEVE POWELL-- OWNE & THOMPSON-- CK 1881 | 10,795.00 |
| 3/9/10 | SALES-KY-KY | SOLD 1997 SEA RAY & EAGLE FROM STEVE POWELL-- OWEN & THOMPSON-- CK 2615 | 10,795.00 |
| 3/9/10 | CASH REGISTER | CASH REGISTER | 5.30 |
| 3/10/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 42.37 |
| 3/10/10 | CASH REGISTER | CASH REGISTER | 4.38 |
| 3/10/10 | SALES-KY-KY | SOLD 2002 SEA RAY & EAGLE TRAILER FOR ROBERT COX-- TERRY KINZER | 30,042.00 |
| 3/11/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 850.00 |

CASE NAME: Lake Cumberland Marine, LLC        CASH RECEIPTS DETAIL        March 2010

CASE NUMBER: 09-61089

| Date | Reference | Trans Description | Debit Amt |
|---|---|---|---|
| 3/11/10 | CASH REGISTER | CASH REGISTER-- ALBERT MUSELLA | 35.00 |
| 3/11/10 | CASH REGISTER | CASH REGISTER | 16.94 |
| 3/12/10 | 206817 | MERCURY MARINE | 2,477.74 |
| 3/13/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 929.89 |
| 3/13/10 | CASH REGISTER | CASH REGISTER | 456.97 |
| 3/13/10 | | TO RECORD CUSTOMER DEPOSIT-- RAYMOND HUDSON | 100.00 |
| 3/15/10 | STORAGE | STORAGE REVENUE | 230.00 |
| 3/15/10 | | COMMISSION FOR SALE OF SEA RAY 31 & TRAILER-- SAPPHIRE CREEK | 1,900.00 |
| 3/15/10 | SALES-KY-KY | SOLD BROKERED 2001 GTX FOR SCOTT HAMANN-- RICHARD GIFFEN CHECK 2276 | 125.00 |
| 3/15/10 | SALES-KY-KY | SOLD BROKERED 2001 GTX FOR SCOTT HAMANN-- RICHARD GIFFEN CHECK 2271 | 100.00 |
| 3/15/10 | SALES-KY-KY | SOLD BROKERED 2001 GTX FOR SCOTT HAMANN-- RICHARD GIFFEN CASH | 2,500.00 |
| 3/16/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 664.99 |
| 3/16/10 | CASH REGISTER | CASH REGISTER | 273.81 |
| 3/17/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 697.72 |
| 3/17/10 | CASH REGISTER | CASH REGISTER-- GLEN GEORGE | 62.00 |
| 3/17/10 | CASH REGISTER | CASH REGISTER-- SHANNON STEVENSON | 116.00 |
| 3/17/10 | STORAGE | STORAGE REVENUE | 50.00 |
| 3/17/10 | CASH REGISTER | CASH REGISTER | 5,869.15 |
| 3/17/10 | SALES-MI-NO | SOLD 1993 BAYLINER-- KAM YACHT SALES | 5,000.00 |
| 3/18/10 | CASH REGISTER | CASH REGISTER-- PHYLLIS MCDONALD | 31.50 |
| 3/18/10 | CASH REGISTER | CASH REGISTER-- DAVID MORRIS | 34.33 |
| 3/18/10 | CASH REGISTER | CASH REGISTER | 167.64 |
| 3/18/10 | STORAGE | STORAGE REVENUE | 200.00 |
| 3/22/10 | CASH REGISTER | CASH REGISTER-- AE | 17.34 |
| 3/22/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 1,356.96 |
| 3/22/10 | CASH REGISTER | CASH REGISTER-- RAFAL SZWENK | 27.00 |
| 3/22/10 | CASH REGISTER | CASH REGISTER-- GREGORY AZZOLIN | 33.50 |
| 3/22/10 | CASH REGISTER | CASH REGISTER-- JAY THOMPSON | 65.00 |
| 3/22/10 | CASH REGISTER | CASH REGISTER | 857.58 |
| 3/22/10 | SALES-OH-KY | SOLD 2009 BOMBARDIER SPEEDSTER 150 & KARAVAN TRAILER FOR DENNIS BOAZ-- GARY WEST | 11,722.50 |
| 3/22/10 | SALES-OH-KY | SOLD 2009 BOMBARDIER SPEEDSTER 150 & KARAVAN TRAILER FOR DENNIS BOAZ-- GARY WEST | 5,500.00 |
| 3/23/10 | STORAGE | STORAGE REVENUE | 370.00 |
| 3/23/10 | | BROKERAGE COMMISSION FROM FIRST & FARMERS | 696.90 |
| 3/23/10 | | RECEIVED CHECK TO COVER SERVICE BILL & PROPERTY TAX TRANSFER FEE-- SCOTT LUCKETT | 347.46 |
| 3/23/10 | SALES-OH-KY | SOLD BROKERED 2001 MAXUM & ESCORT TRAILER FROM JOHN HORN-- JORDAN WESCOTT | 7,950.00 |
| 3/23/10 | SALES-OH-KY | SOLD BROKERED 2001 MAXUM & ESCORT TRAILER FROM JOHN HORN-- JORDAN WESCOTT | 11,121.25 |
| 3/24/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 146.16 |
| 3/24/10 | CASH REGISTER | CASH REGISTER | 301.75 |

CASE NAME: Lake Cumberland Marine, LLC	CASH RECEIPTS DETAIL	March 2010

CASE NUMBER: 09-61089

| Date | Reference | Trans Description | Debit Amt |
|---|---|---|---|
| 3/25/10 | CASH REGISTER | CASH REGISTER-- AE | 310.56 |
| 3/25/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 1,399.21 |
| 3/25/10 | CASH REGISTER | CASH REGISTER-- MICHAEL JULIAN | 40.00 |
| 3/25/10 | CASH REGISTER | CASH REGISTER-- JAMES HOY | 33.50 |
| 3/25/10 | | RECEIVED PAYPAL DEPOSIT--CHRIS MOUZAKIS | 32.00 |
| 3/25/10 | | COMMISSION ON SALE OF 48 FOUNTAIN-- SAPPHIRE CREEK | 10,000.00 |
| 3/25/10 | STORAGE | STORAGE REVENUE | 242.00 |
| 3/25/10 | CASH REGISTER | CASH REGISTER | 435.00 |
| 3/26/10 | CASH REGISTER | CASH REGISTER-- VISA | 4,106.49 |
| 3/26/10 | SALES--NO-CANADA | BROKERED CHAPARRAL FOR DENNIS BOAZ--DENNIS MUNRO | 83,500.00 |
| 3/26/10 | | RECEIVED PAYPAL DEPOSIT--JAMES KENDALL | 62.50 |
| 3/26/10 | | RECEIVED PAYPAL DEPOSIT--DAN SELESNICK | 34.00 |
| 3/26/10 | | RECEIVED PAYPAL DEPOSIT--BERNIE WILLIAMS | 31.00 |
| 3/26/10 | SALES-OK-NO | SOLD USED 2000 MYCO 42 TRAILER--LES BARNHART | 5,200.00 |
| 3/26/10 | CASH REGISTER | CASH REGISTER | 228.07 |
| 3/26/10 | SALES-WV-NO | SOLD 2000 BAYLINER 2050 & ESCORT TRAILER FOR CUMBERLAND SECURITY-- CLIFTON DEDRICKSON | 6,000.00 |
| 3/27/10 | CASH REGISTER | CASH REGISTER-- AE | 343.87 |
| 3/27/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 29.03 |
| 3/27/10 | CASH REGISTER | CASH REGISTER | 12.19 |
| 3/29/10 | CASH REGISTER | CASH REGISTER-- VISA/MC | 1,477.24 |
| 3/29/10 | | MONIES RECEIVED FOR RAYMOND HUDSON SALES DEAL-- UKFCU | 9,334.00 |
| 3/29/10 | CASH REGISTER | CASH REGISTER | 667.17 |
| 3/29/10 | STORAGE | STORAGE REVENUE-- HERB WILKINS | 70.00 |
| 3/31/10 | CASH REGSITER | CASH REGISTER-- AMEX | 215.16 |
| 3/31/10 | CASH REGSITER | CASH REGISTER-- VISA/MC | 114.55 |
| 3/31/10 | | TRANSPORTATION OF 06 FOUNTAIN FROM HIDEAWAY TO LCM-- BOB SHAERER | 3,135.00 |
| 3/31/10 | CASH REGSITER | CASH REGISTER | 7.56 |
| 3/31/10 | | BALANCE OF BROKERAGE PAYOFF-- JOHN HORN | 1,389.17 |
| | | **Total Receipts** | **338,034.36** |

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**MONTHLY REPORTING QUESTIONNAIRE**

| | |
|---|---|
| **CASE NAME:** | Lake Cumberland Marine, LLC |
| **CASE NUMBER:** | 09-61089 |
| **MONTH OF:** | March 2010 |

## DISBURSEMENTS ON PRE-PETITION ITEMS

| Date | Reference | Recipient | Amount | Transaction Type | Description if Pre-Petition |
|---|---|---|---|---|---|
| 3/3/10 | WIRE | FIFTH THIRD BANK | 16,042.19 | Pre-Petition Liability | February Sales of Parts / A/R Collateral |
| 3/16/10 | WIRE | FIFTH THIRD BANK | 12,252.33 | Pre-Petition Liability | March Sales of Parts / A/R Collateral |
| | | Total Pre-Petition Disbursements | 28,294.52 | | |

## DISBURSEMENTS ON POST-PETITION ITEMS

| Date | Reference | Recipient | Amount | Transaction Type |
|---|---|---|---|---|
| 3/1/10 | 657694 | ADP EASYPAY CINCINNATI | 220.42 | Payroll |
| 3/1/10 | | AMERICAN EXPRESS-PROCESSING CHARGE | 13.87 | Bank & F&I Fees |
| 3/1/10 | | REFUND OF PAYPAL PURCHASE--Elionel Rosado | 45.00 | Sales Refund |
| 3/2/10 | P404137 | ADP EASYPAY CINCINNATI | 83.22 | Payroll |
| 3/3/10 | 1433 | FEDEX | 187.38 | Freight Charges |
| 3/3/10 | 1434 | FEDEX | 524.81 | Freight Charges |
| 3/3/10 | WIRE | FIFTH THIRD BANK - ADP ACH RECEIVED INTO 5 | 279.02 | Payroll |
| 3/3/10 | 1435 | COMMERCIAL SEWING, INC | 98.92 | C/S - Service |
| 3/3/10 | WIRE | FIFTH THIRD BANK | 4,780.98 | Brokerage Payoff |
| 3/3/10 | WIRE | GE COMMERCIAL DISTRIBUTION FIN | 6,577.00 | Brokerage Payoff |
| 3/4/10 | 1436 | PULASKI COUNTY SHERIFF | 15.00 | Bank & F&I Fees |
| 3/4/10 | EFT | MERCURY MARINE | 146.88 | C/S - Service |
| 3/4/10 | EFT | FIFTH THIRD BANK MERCHANG PROCESSING | 554.22 | Bank & F&I Fees |
| 3/5/10 | 1437 | MEMBERS HERITAGE FEDERAL CREDI | 31,919.53 | Brokerage Payoff |
| 3/5/10 | 1438 | FRANK RULEY | 24,405.00 | Brokerage Payoff |
| 3/5/10 | 506819 | JEFFERY BOYLE | 655.74 | Payroll |
| 3/5/10 | 506820 | DAN CANDIDO | 440.12 | Payroll |
| 3/5/10 | 506821 | RODNEY CHISENHALL | 438.82 | Payroll |
| 3/5/10 | 506822 | DAVID EVANS | 14.30 | Payroll |
| 3/5/10 | 506823 | WESLEY EVANS | 893.74 | Payroll |
| 3/5/10 | 506824 | EVONNE HARTMANN | 1,900.79 | Payroll |
| 3/5/10 | 506825 | RANDALL HARTMANN | 249.28 | Payroll |
| 3/5/10 | 506826 | AMANDA HOPSON | 592.60 | Payroll |
| 3/5/10 | 506827 | BENJAMIN INABNITT | 293.68 | Payroll |
| 3/5/10 | 506828 | COURTNEY KIRKLAND | 347.17 | Payroll |
| 3/5/10 | 506829 | GRISELDA MEDIMA | 134.73 | Payroll |
| 3/5/10 | 506830 | AMBER NEWSOME | 479.61 | Payroll |

## DISBURSEMENTS ON POST-PETITION ITEMS

| Date | Reference | Recipient | Amount | Transaction Type |
|---|---|---|---:|---|
| 3/5/10 | EFT | MERCURY MARINE | 1,070.46 | C/S - Service |
| 3/6/10 | ACH | UPS | 128.34 | Freight Charges |
| 3/8/10 | WIRE | ADP EASYPAY CINCINNATI | 4,235.38 | Payroll |
| 3/8/10 | 1439 | JDCI ENTERPRISES, INC | 403.02 | C/S - Service |
| 3/8/10 | 1440 | FRANKIE GIRDLER | 1,100.00 | C/S - Service |
| 3/8/10 | 5088 | PULASKI COUNTY COURT CLERK | 89.00 | Bank & F&I Fees |
| 3/9/10 | 5089 | USPS | 106.61 | Postage & Supplies |
| 3/9/10 | CASH REGISTE | CASH REGISTER-- VISA/MC-- RETURNED PART | 162.00 | Sales Refund |
| 3/9/10 |  | AMERICAN EXPRESS--PROCESSING CHARGES | 0.44 | Bank & F&I Fees |
| 3/10/10 | P405619 | ADP EASYPAY CINCINNATI | 84.75 | Payroll |
| 3/10/10 | 1447 | MIDWESTERN INSURANCE ALLIANCE, | 1,010.00 | Payroll |
| 3/11/10 | 1441 | STEVE POWELL | 18,077.70 | Brokerage Payoff |
| 3/12/10 | 506831 | JEFFERY BOYLE | 655.74 | Payroll |
| 3/12/10 | 506832 | DAN CANDIDO | 440.12 | Payroll |
| 3/12/10 | 506833 | RODNEY CHISENHALL | 456.68 | Payroll |
| 3/12/10 | 506834 | DAVID EVANS | 15.17 | Payroll |
| 3/12/10 | 506835 | WESLEY EVANS | 893.75 | Payroll |
| 3/12/10 | 506836 | EVONNE HARTMANN | 1,900.79 | Payroll |
| 3/12/10 | 506837 | RANDALL HARTMANN | 249.28 | Payroll |
| 3/12/10 | 506838 | AMANDA HOPSON | 592.61 | Payroll |
| 3/12/10 | 506839 | BENJAMIN INABNITT | 254.39 | Payroll |
| 3/12/10 | 506840 | COURTNEY KIRKLAND | 325.74 | Payroll |
| 3/12/10 | 506841 | GRISELDA MEDIMA | 134.72 | Payroll |
| 3/12/10 | 506842 | AMBER NEWSOME | 479.62 | Payroll |
| 3/12/10 | 506843 | ROBERT WILLIAMS | 416.71 | Payroll |
| 3/12/10 | 1442 | VIVEK SARIN | 50,000.00 | Brokerage Payoff |
| 3/12/10 | 1443 | DR. VINYL | 425.00 | C/S - Service |
| 3/12/10 | EFT | FIFTH THIRD BANK | 5.00 | Bank & F&I Fees |
| 3/13/10 | ACH | UPS | 72.42 | Freight Charges |
| 3/15/10 | WIRE | ADP EASYPAY CINCINNATI | 4,582.58 | Payroll |
| 3/17/10 | 1444 | INTEGRA BANK, NA | 16,009.70 | Brokerage Payoff |
| 3/17/10 | 1445 | WESTERN PULASKI COUNTY WATER | 36.83 | Utilities |
| 3/17/10 | 1446 | SOUTH KENTUCKY RECC | 3,555.73 | Utilities |
| 3/17/10 | 1448 | KENTUCKY UTILITIES | 145.70 | Utilities |
| 3/17/10 | 1449 | TNCI | 324.93 | Utilities |
| 3/17/10 | 1450 | CITY OF SOMERSET UTILITIES | 1,956.04 | Utilities |
| 3/17/10 | 1451 | DIRECT TV | 81.68 | Utilities |
| 3/17/10 | 1452 | NEWWAVE COMMUNICATIONS | 206.95 | Utilities |
| 3/17/10 | 1453 | SPRINT | 175.56 | Utilities |
| 3/17/10 | P407387 | ADP EASYPAY CINCINNATI | 84.75 | Payroll |
| 3/17/10 | EFT | ADP EASYPAY CINCINNATI | 60.00 | Payroll |
| 3/18/10 | 1454 | SECRETARY OF STATE | 10.00 | Bank & F&I Fees |
| 3/19/10 | 1455 | CUMBERLAND SEA RAY | 204.53 | C/S - Service |
| 3/19/10 | 506844 | JEFFERY BOYLE | 655.74 | Payroll |
| 3/19/10 | 506845 | DAN CANDIDO | 440.13 | Payroll |
| 3/19/10 | 506846 | RODNEY CHISENHALL | 433.46 | Payroll |
| 3/19/10 | 506847 | DAVID EVANS | 14.29 | Payroll |
| 3/19/10 | 506848 | WESLEY EVANS | 893.74 | Payroll |
| 3/19/10 | 506849 | EVONNE HARTMANN | 1,900.79 | Payroll |
| 3/19/10 | 506850 | RANDALL HARTMANN | 249.28 | Payroll |
| 3/19/10 | 506851 | AMANDA HOPSON | 592.60 | Payroll |
| 3/19/10 | 506852 | BENJAMIN INABNITT | 247.97 | Payroll |

## DISBURSEMENTS ON POST-PETITION ITEMS

| Date | Reference | Recipient | Amount | Transaction Type |
|---|---|---|---:|---|
| 3/19/10 | 506853 | COURTNEY KIRKLAND | 347.92 | Payroll |
| 3/19/10 | 506854 | GRISELDA MEDIMA | 134.73 | Payroll |
| 3/19/10 | 506855 | AMBER NEWSOME | 479.62 | Payroll |
| 3/19/10 | 506856 | ROBERT WILLIAMS | 477.04 | Payroll |
| 3/19/10 | WIRE | ADP EASYPAY CINCINNATI | 4,828.80 | Payroll |
| 3/19/10 | 5091 | USPS | 7.95 | Postage & Supplies |
| 3/19/10 | EFT | EBAY.COM | 203.28 | Selling Expense |
| 3/20/10 | 1456 | KENTUCKY STATE TREASURER | 7,939.10 | Sales Tax |
| 3/20/10 | ACH | UPS | 137.95 | Freight Charges |
| 3/22/10 | P408016 | ADP EASYPAY CINCINNATI | 87.81 | Payroll |
| 3/22/10 | 5090 | PULASKI COUNTY COURT CLERK | 538.89 | Bank & F&I Fees |
| 3/22/10 |  | BB&T SERVICE CHARGE--DIP ACCT | 67.00 | Bank & F&I Fees |
| 3/22/10 |  | SERVICE CHARGE--PROCEEDS ACCT | 23.00 | Bank & F&I Fees |
| 3/23/10 | 1457 | HLT LIMITED | 8,698.98 | Inventory |
| 3/24/10 | 1459 | LAND N SEA | 344.69 | C/S - Service |
| 3/24/10 | 1460 | GLENDAL MOUNCE | 35.01 | C/S - Service |
| 3/25/10 | 1461 | THE HARTFORD-PRIORITY ACCOUNTS | 145.60 | Payroll |
| 3/26/10 | 506857 | JEFFERY BOYLE | 655.74 | Payroll |
| 3/26/10 | 506858 | DAN CANDIDO | 440.12 | Payroll |
| 3/26/10 | 506859 | RODNEY CHISENHALL | 417.97 | Payroll |
| 3/26/10 | 506860 | KEVIN CORDER | 653.52 | Payroll |
| 3/26/10 | 506861 | DAVID EVANS | 14.30 | Payroll |
| 3/26/10 | 506862 | WESLEY EVANS | 893.75 | Payroll |
| 3/26/10 | 506863 | EVONNE HARTMANN | 1,900.79 | Payroll |
| 3/26/10 | 506864 | RANDALL HARTMANN | 249.28 | Payroll |
| 3/26/10 | 506865 | AMANDA HOPSON | 592.60 | Payroll |
| 3/26/10 | 506866 | BENJAMIN INABNITT | 330.31 | Payroll |
| 3/26/10 | 506867 | COURTNEY KIRKLAND | 343.44 | Payroll |
| 3/26/10 | 506868 | GRISELDA MEDIMA | 134.72 | Payroll |
| 3/26/10 | 506869 | AMBER NEWSOME | 479.62 | Payroll |
| 3/26/10 | 506870 | FRANCISCO RODRIGUEZ | 307.53 | Payroll |
| 3/26/10 | 506871 | ROBERT WILLIAMS | 344.39 | Payroll |
| 3/26/10 | 1462 | BANK OF THE WEST | 13,539.01 | Brokerage Payoff |
| 3/26/10 | 1463 | OLD NATIONAL | 79,984.92 | Brokerage Payoff |
| 3/27/10 | ACH | UPS | 152.83 | Freight Charges |
| 3/29/10 | WIRE | ADP EASYPAY CINCINNATI | 5,199.58 | Payroll |
| 3/29/10 | 1464 | CUMBERLAND SECURITY BANK | 5,400.00 | Brokerage Payoff |
| 3/29/10 | 1465 | HUMANA HEALTH PLAN INC. | 6,070.48 | Payroll |
| 3/30/10 | 1466 | LAND N SEA | 213.92 | C/S - Service |
| 3/30/10 | 1467 | HUGHES APPLIANCE | 182.75 | C/S - Service |
| 3/30/10 | 1468 | FOSTER REBUILDERS, INC | 65.00 | C/S - Service |
| 3/30/10 |  | PAYPAL FEES | 45.94 | Bank & F&I Fees |
| 3/31/10 | 1469 | FIRST & FARMERS NATIONAL BANK | 1,722.00 | Inventory |
| 3/31/10 | 1470 | FIRST & FARMERS NATIONAL BANK | 15,270.70 | Inventory |
| 3/31/10 | 5092 | PULASKI COUNTY COURT CLERK | 1,587.50 | Bank & F&I Fees |
| 3/31/10 |  | TRANSPORTATION OF 06 FOUNTAIN FROM HIDI | 3,000.00 | C/S - Service |

**Total Post-Petition Disbursements**   357,630.33

**Total Disbursements**   385,924.85

CASE NAME: Lake Cumberland Marine, LLC    ATTACHMENT A

CASE NUMBER: 09-61089

March 2010

**Report of Cash Available for use in Operations:**

The balance sheet totals for cash include amounts that are allocated to specific payables and amounts that are held as cash collateral. LCM is including this calculation of "Cash Available for use in Operations" for the convenience of the court and the creditors in this case.

a) End of Month Cash Account Balances:

| Account Description | Balance 3/31/10 |
|---|---:|
| Cash--Checking--BB&T | 5,903.61 |
| Cash--Checking--BB&T--CC | 13,514.28 |
| Cash--Checking--BB&T--Flex | 369.04 |
| Cash--Proceeds--BB&T | 71,254.86 |
| Cash--Paypal | 1,013.00 |
| Cash--Register Fund | 300.00 |
| Cash--Undeposited | 7.56 |
| Cash--C.D.--Whitaker Bank | 6,295.85 |
| **Total Cash Balance** | **98,658.20** |

b) Amounts Held as Cash Collateral

| Account Description | Balance 3/31/10 |
|---|---:|
| Cash--C.D.--Whitaker Bank | 6,295.85 |
| **Total Held as Cash Collateral** | **6,295.85** |

c) Amounts Allocated for Non-Operational Activities:

| Safeguarded Amounts | Balance 3/31/10 |
|---|---:|
| Sales Taxes collected in December | 9,599.95 |
| Unpaid Brokerage Payoffs--Individuals | 31,005.54 |
| Unpaid Brokerage Payoffs / Collateral Sales--Creditors | 10,429.14 |
| Funds allocated for Professional / Legal Fees from Surcharges | 2,832.80 |
| **Total Safeguarded Amounts** | **53,867.43** |

d) Cash Available for Operations

| Cash Available for Operations | Amount |
|---|---:|
| Total Cash Balance (a) | 98,658.20 |
| Cash Collateral (b) | 6,295.85 |
| Safeguarded Amounts © | 53,867.43 |
| **Total Cash Available for Operations (a – b - c)** | **38,494.92** |

CASE NAME: Lake Cumberland Marine, LLC    ATTACHMENT A

CASE NUMBER: 09-61089

March 2010

**Statement of Income (Loss) Footnotes:**

1. During the month of February LCM sold one of its fixed assets, a 2005 Peterbilt Truck. The truck was sold for $90,000 and the original entry was recorded to reflect a gain of $90,000. However, this was an incorrect recording due to failure to consider the current book value. The correct amount of Gain from this sale should have been $29,953. Therefore a correcting entry of $60,047 was recorded to adjust the gain from $90,000 down to $29,953.